# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  
    LATANIA L PETERSON CARR

Debtor(s)

Case No. 12-19557

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/14/2012.

2) The plan was confirmed on 08/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/30/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/01/2013.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,921.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,837.90 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**     **$10,837.90**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,709.32 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $455.97 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**     **$3,165.29**

Attorney fees paid and disclosed by debtor:     $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| AFFINITY CASH LOANS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 286.20 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 485.65 | NA | NA | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING COMPANY | Secured | 115,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING COMPANY | Secured | 35,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING COMPANY | Unsecured | 78,284.88 | NA | NA | 0.00 | 0.00 |
| AMERICAS SERVICING COMPANY | Unsecured | 45,835.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 6,484.08 | 0.00 | 2,885.66 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 32,060.00 | 38,429.74 | 35,544.08 | 6,086.21 | 626.10 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 2,885.66 | 0.00 | 850.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | NA | 850.00 | 850.00 | 0.00 | 0.00 |
| AMERILOAN | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| BROOKWOOD LOANS | Unsecured | 3,044.01 | 3,044.01 | 3,044.01 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 8,970.60 | 11,642.21 | 11,642.21 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 12,896.00 | 11,642.21 | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 427.00 | 449.76 | 449.76 | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 881.34 | 937.52 | 937.52 | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SV | Unsecured | 90.37 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 114.11 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 517.00 | NA | NA | 0.00 | 0.00 |
| DAVID M ARNOLD DDS | Unsecured | 352.50 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATIONAL TRUST | Secured | 45,835.00 | 50,114.86 | 50,114.86 | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| FIELD SURGICAL ASSOCIATES LTD | Unsecured | 138.83 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GE MONEY BANK | Unsecured | 2,142.43 | NA | NA | 0.00 | 0.00 |
| GEMB/PPBYCR | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Unsecured | 3,315.00 | NA | NA | 0.00 | 0.00 |
| GET CASH USA | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| HARVEY ANESTHESIOLOGISTS | Unsecured | 38.40 | NA | NA | 0.00 | 0.00 |
| HARVEY ANESTHESIOLOGISTS SC | Unsecured | 38.40 | NA | NA | 0.00 | 0.00 |
| HARVEY ANESTHESIOLOGISTS SC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 1,630.00 | NA | NA | 0.00 | 0.00 |
| HILTON INDIAN LAKES | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| HORIZON HEALTHCARE ASSOC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 160.90 | 534.81 | 534.81 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 453.86 | 489.90 | 489.90 | 0.00 | 0.00 |
| INTEGRITY ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 16,836.25 | NA | 960.30 | 960.30 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 38,683.49 | NA | NA | 0.00 | 0.00 |
| ISAC | Unsecured | 234.00 | 1,731.19 | 1,731.19 | 0.00 | 0.00 |
| MAY WEBFUNDS.COM | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Unsecured | 85.68 | NA | NA | 0.00 | 0.00 |
| MEDTRONIC MINIDED INC | Unsecured | 656.41 | 656.41 | 656.41 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,200.00 | 3,199.79 | 3,199.79 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,200.00 | NA | NA | 0.00 | 0.00 |
| MONICA FABAMIGBE | Priority | 4,029.10 | NA | NA | 0.00 | 0.00 |
| MONICA FABAMIGBE | Priority | 5,677.17 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 600.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| NATIONAL CREDIT LENDERS | Unsecured | 720.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| NATIONWIDE CASH | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| NCI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NESTLE WATER NORTH AMERICA | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS INTERNAL MED | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS INTERNAL MED | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 919.84 | 919.84 | 919.84 | 0.00 | 0.00 |
| PEDIATRIC DENTAL ASSOCIATES | Unsecured | 946.56 | 0.00 | 1,209.04 | 0.00 | 0.00 |
| PEDIATRIC DENTAL ASSOCIATES | Secured | NA | 1,209.04 | 1,209.04 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 905.81 | 785.53 | 785.53 | 0.00 | 0.00 |
| PRIMARY HEALTHCARE ASSOCIATE | Unsecured | 10.70 | NA | NA | 0.00 | 0.00 |
| RIDGE ORTHOPEDICS & REHAB | Unsecured | 207.50 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| ROBERT J SEMRAD & ASSOC LLC | Unsecured | 2,436.12 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST ORAL SURGEONS | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYCASH.COM | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS | Unsecured | 433.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Unsecured | 1,694.87 | 1,718.54 | 1,718.54 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 80.21 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Tom Vaughn Trustee | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC | Unsecured | 90.07 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED CTR | Unsecured | 291.31 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS | Unsecured | 5.60 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF IL AT CHICAGO | Unsecured | 291.31 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 550.00 | 503.03 | 503.03 | 0.00 | 0.00 |
| US BANK NA | Unsecured | 55.00 | 195.95 | 195.95 | 0.00 | 0.00 |
| US BANK NA | Unsecured | 600.00 | 55.00 | 55.00 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | NA | 283.62 | 283.62 | 0.00 | 0.00 |
| VILLAGE OF LANSING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $50,114.86 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $35,544.08 | $6,086.21 | $626.10 |
| All Other Secured | $2,059.04 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$87,717.98** | **$6,086.21** | **$626.10** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $960.30 | $960.30 | $0.00 |
| **TOTAL PRIORITY**: | **$960.30** | **$960.30** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$33,391.81** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $3,165.29 |
| Disbursements to Creditors | $7,672.61 |
| **TOTAL DISBURSEMENTS** : | **$10,837.90** |

　　12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/25/2013                             By: /s/ Tom Vaughn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**